HEATHER E. WILLIAMS, #122664
Federal Defender
NOA EVA OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
ANTWAUN PARNELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-CR-0161-02-KJM |
| Plaintiff, | |
| vs. | **SENTENCING MEMORANDUM** |
| ANTWAUN PARNELL, | Date: November 5, 2014 |
| | Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Kimberly J. Mueller |

Due to Mr. Parnell's uncles' serious health problems, Mr. Parnell respectfully requests the Court sentence him to six months of electronic monitoring with a condition that he be subject to daily sobrietor testing and then terminate his supervision. Mr. Parnell's period of federal supervision was set to expire in early December 2014.

On September 2, 2014, Mr. Parnell pleaded no contest to a violation of the California Vehicle Code for driving under the

-1-

influence.  Mr. Parnell's plea to the state code violation and the conduct underlying that plea form the basis for this violation.  In his state case, Mr. Parnell received a sentence that included: ten days of incarceration, four years of probation, and, most importantly, an eighteen-month alcohol treatment program.  Mr. Parnell has a profound understanding that his abuse of alcohol is a serious problem which he must address immediately.  Currently, he is in the process of arranging a treatment program in connection with his state case.

On October 9, 2014, Mr. Parnell was arraigned on the violation in the above-captioned case.  He has been incarcerated since October 9, 2014.  Shortly after Mr. Parnell's arrest, his mother called counsel to explain that both of her brothers are in the hospital.  Mr. Parnell is quite close with his uncles.  Currently, the most critical issue in the Parnell household is that one of Mr. Parnell's uncles is gravely ill.  As Mr. Pajcin noted in his dispositional memorandum, Mr. Parnell's uncle is on a ventilator at the University of California, Davis Medical Center.  Mr. Parnell respectfully requests that the court permit him to be with his family at this time in order to support them.

Although Mr. Parnell has made a grave error, he has taken responsibility for the error immediately.  This is Mr. Parnell's second violation related to alcohol abuse while on supervision.  In order to protect the public, Mr. Parnell respectfully requests the Court provide him with the opportunity to

participate in the state's eighteen-month alcohol treatment program, which will serve as the most effective deterrent to him reoffending.  It does not appear that additional jail time will serve a deterrent function in this case because lengthy incarceration has not improved Mr. Parnell's substance abuse issues to date.

Mr. Parnell has already learned a hard lesson by being separated from his family during these difficult times.  He has been unable to provide emotional or financial support to his family for the past few weeks.  That separation has caused his mother a lot of anguish, which has strongly affected Mr. Parnell.  Based on his family's situation, six months of electronic monitoring with daily sobrietor tests will provide a just punishment to Mr. Parnell, especially when considering that his federal sentence will augment his punishment in state court.

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Dated:  October 20, 2014       /s/ N. Oren
                                        NOA EVA OREN
                                        Assistant Federal Defender
                                        Attorney for ANTWAUN PARNELL